United States Bankruptcy Court for the:

Eastern District of Texas

Case number (*If known*): _____  Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  Kodiak Trenching and Boring, LLC

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)  46-2155045

4. **Debtor's address**

   **Principal place of business**
   4000 N White Chapel Blvd
   Number    Street

   Southlake       TX    76092
   City            State  ZIP Code

   Denton County
   County

   **Mailing address, if different from principal place of business**
   _____
   Number    Street

   _____
   P.O. Box

   _____
   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**
   _____
   Number    Street

   _____

   _____
   City    State    ZIP Code

5. **Debtor's website** (URL)  _____

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

---

Official Form 201　　　Voluntary Petition for Non-Individuals Filing for Bankruptcy　　　page 1

Debtor  Kodiak Trenching and Boring, LLC  Case number (if known) _____
       Name

**7. Describe debtor's business**

A. *Check one:*
☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. *Check all that apply:*
☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .
2371

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check all that apply*:
  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
☐ Chapter 12

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes.  District _____  When _____  Case number _____
                                    MM / DD / YYYY
        District _____  When _____  Case number _____
                                    MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☑ Yes.  Debtor  Oryx Oilfield Services, LLC          Relationship  Affiliate
        District  Eastern District of Texas          When _____
                                                           MM / DD / YYYY
        Case number, if known _____

Official Form 201       Voluntary Petition for Non-Individuals Filing for Bankruptcy       page **2**

Debtor  Kodiak Trenching and Boring, LLC                         Case number (*if known*)_____
        Name

11. **Why is the case filed in *this district*?**

    *Check all that apply:*

    ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☑ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
    Number    Street

    _____

    _____
    City                                    State    ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

---

### Statistical and administrative information

13. **Debtor's estimation of available funds**

    *Check one:*

    ☑ Funds will be available for distribution to unsecured creditors.
    ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**

    ☑ 1-49         ☐ 1,000-5,000       ☐ 25,001-50,000
    ☐ 50-99        ☐ 5,001-10,000      ☐ 50,001-100,000
    ☐ 100-199      ☐ 10,001-25,000     ☐ More than 100,000
    ☐ 200-999

15. **Estimated assets**

    ☑ $0-$50,000            ☐ $1,000,001-$10 million      ☐ $500,000,001-$1 billion
    ☐ $50,001-$100,000      ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion
    ☐ $100,001-$500,000     ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion
    ☐ $500,001-$1 million   ☐ $100,000,001-$500 million   ☐ More than $50 billion

---

Debtor  Kodiak Trenching and Boring, LLC
Name

Case number (*if known*)_____

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☒ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/12/2024
          MM / DD / YYYY

✘ /s/ Matthew J. Mahone          Matthew J. Mahone
Signature of authorized representative of debtor          Printed name

Title  Managing Member

**18. Signature of attorney**

✘ /s/ Frank Wright          Date  07/12/2024
Signature of attorney for debtor                MM / DD / YYYY

Frank Wright
Printed name
Law Offices of Frank J. Wright, PLLC
Firm name
1800 Valley View Lane 250
Number     Street
Farmers Branch          TX     75234
City                State   ZIP Code

214-238-4153          frank@fjwright.law
Contact phone          Email address

22028800          TX
Bar number          State

Official Form 201     Voluntary Petition for Non-Individuals Filing for Bankruptcy     page **4**

Debtor _____   Case number (*if known*)_____
First Name   Middle Name   Last Name

## Continuation Sheet for Official Form 201

**10) Pending Bankruptcies**

| | |
|---|---|
| **Oryx Oilfield Holdings, LLC** | **Eastern District of Texas** |
| **Kodiak Excavation & Utilities, LLC** | **Eastern District of Texas** |

**Fill in this information to identify the case:**

Debtor name: Kodiak Trenching and Boring, LLC

United States Bankruptcy Court for the: Eastern District of Texas

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Thompson Pipegroup<br>800 CR 209<br>Dallas, TX, 76009 | | Suppliers or Vendors | | | | 1,007,627.94 |
| 2 | First Midwest Equipment Finance Co.<br>520 N CASS AVE<br>STE 1<br>WESTMONT, IL, 60559 | | Monies Loaned / Advanced | | | | 835,324.88 |
| 3 | Mack Financial Services<br>8003 Piedmont Triad Pkwy<br>Greensboro, NC, 27409 | | Monies Loaned / Advanced | | | | 442,920.64 |
| 4 | Barco Pump<br>940 Hensley Lane<br>Wylie, TX, 75098 | | Suppliers or Vendors | | | | 243,213.87 |
| 5 | Cumming Construction Management, Inc<br>25220 Hancock Ave<br>Suite 440<br>Murrieta, CA, 92562 | | Suppliers or Vendors | | | | 151,362.97 |
| 6 | Trench Plate Rental Co<br>13217 Laureldale Ave<br>Doweny, CA, 90242 | | Suppliers or Vendors | | | | 150,774.16 |
| 7 | Ramey & Flock<br>100 East Ferguson St.<br>Suite 500<br>Tyler, TX, 75702 | | Services | | | | 145,292.61 |
| 8 | Texas First Rentals<br>PO Box 650869<br>Dallas, TX, 75265 | | Suppliers or Vendors | | | | 140,638.69 |

| Debtor | Kodiak Trenching and Boring, LLC | Case number (*if known*) | | |
|---|---|---|---|---|
| | Name | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | National Trench Safety<br>260 North Sam Houston PKWY E#200<br>Houston, TX, 77060 | | Suppliers or Vendors | | | | 108,792.18 |
| 10 | Sunbelt Rentals<br>PO Box 409211<br>Atlanta, GA, 30384 | | Suppliers or Vendors | | | | 85,120.65 |
| 11 | Kirby Smith Machinery<br>PO BOX 270360<br>Oklahoma City, OK, 73137 | | Suppliers or Vendors | | | | 63,411.43 |
| 12 | Gulf Coast Grouting, Inc.<br>100 East Ferguson St.<br>Suite 500<br>Tyler, TX, 75702 | | Suppliers or Vendors | | | | 62,867.14 |
| 13 | Williams Scotsman, Inc.<br>901 S . Bond Street<br>Suite 600<br>Baltimore, MD, 21231 | | Suppliers or Vendors | | | | 50,121.75 |
| 14 | Equify Financial, LLC<br>777 Main Street<br>STE 3900<br>Fort Worth, TX, 76102 | | Monies Loaned / Advanced | | | | 40,373.17 |
| 15 | Texas First Rentals LLC<br>PO Box 650869<br>Dallas, TX, 75265 | | Suppliers or Vendors | | | | 33,080.17 |
| 16 | Ditch Witch Financial Services<br>Corporation Services Company c/o 211 E. 7th Street<br>Suite 620<br>Austin, TX, 78701 | | Monies Loaned / Advanced | | | | 22,764.12 |
| 17 | Atmos Energy<br>PO Box 650205<br>Dallas, TX, 75265 | | Services | | | | 9,987.48 |
| 18 | United Rentals (North America),<br>13217 Laureldale Ave<br>Doweny, CA, 90242 | | Suppliers or Vendors | | | | 4,743.78 |
| 19 | Vermeer Equipment of Texas, Inc.<br>PO Box 650823<br>Dallas, TX, 75265 | | Suppliers or Vendors | | | | 1,997.23 |
| 20 | Bell Nunnally & Martin, LLP<br>2323 Ross Ave<br>#1900<br>Dallas, TX, 75201 | | Services | | | | 871.50 |

Atmos Energy
PO Box 650205
Dallas, TX 75265

Bane Machinery Fort Worth LP
10505 N Fwy
Fort Worth, TX 76177

Barco Pump
940 Hensley Lane
Wylie, TX 75098

Bell Nunnally & Martin, LLP
2323 Ross Ave
Dallas, TX 75201

BMF
1820 Avenue M
Suite #125
Brooklyn, NY 11230

BTH Bank
6657 OLD JACKSONVILLE HIGHWAY
TYLER, TX 75703

Buyers
7513 Pebble Dr
Fort Worth, TX 76118

Carson Law Group, PLLC
125 S Congress St
Jackson, MS 39201

Caterpillar Financial Services
P.O. Box 340001
Nashville, TN 37203

Cumming Construction Management, Inc
25220 Hancock Ave
Suite 440
Murrieta, CA 92562

Ditch Witch Financial Services
Corporation Services Company c/o 211 E.
Suite 620
Austin, TX 78701

Equify Financial, LLC
777 Main Street
STE 3900
Fort Worth, TX 76102

First Midwest Equipment Finance Co.
520 N CASS AVE
STE 1
WESTMONT, IL 60559

Georgia Department of Revenue
PO BOX 105482
Atlanta, GA 30348

Gray Reed
1300 Post Oak Boulevard
Suite 2000
Houston, TX 77056

Gulf Coast Grouting, Inc
PO Box 1149
Huffman, TX 77336-11494

Gulf Coast Grouting, Inc.
100 East Ferguson St.
Suite 500
Tyler, TX 75702

Holt Cat
2000 E Airport Freeway
Irving, TX 75062

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

Kirby Smith Machinery
PO BOX 270360
Oklahoma City, OK 73137

Mack Financial Services
8003 Piedmont Triad Pkwy
Greensboro, NC 27409

National Trench Safety
260 North Sam Houston
PKWY E#200
Houston, TX 77060

North Texas Tollway Authority
Po BOX 660244
Dallas, TX 75266

Office of the US Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702

Ramey & Flock
100 East Ferguson St.
Suite 500
Tyler, TX 75702

Republic Services
Po Box 78829
Phoneix, AZ 85062

Sunbelt Rentals
PO Box 409211
Atlanta, GA 30384

Texas Comptroller of Public Accounts
111 E. 17th St
Austin, TX 78774

Texas First Rentals
PO Box 650869
Dallas, TX 75265

Texas First Rentals LLC
PO Box 650869
Dallas, TX 75265

Thompson Pipegroup
800 CR 209
Dallas, TX 76009

Trench Plate Rental Co
13217 Laureldale Ave
Doweny, CA 90242

TX Tag
PO BOX 605749
Dallas, TX 75265

TXU Energy
PO Box 650638
Dallas, TX 75265

U.S. Department of Labor
525 S. Griffin St.
Suite 707
Dallas, TX 75202

United Rentals (North America),
13217 Laureldale Ave
Doweny, CA 90242

Vermeer Equipment of Texas, Inc.
PO Box 650823
Dallas, TX 75265

VFS US LLC
PO Box 26131
Greensboro, NC 27402

Williams Scotsman, Inc.
901 S . Bond Street
Suite 600
Baltimore, MD 21231

United States Bankruptcy Court
Eastern District of Texas

In re: Kodiak Trenching and Boring, LLC

Case No.

Chapter 11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 07/12/2024

/s/ Matthew J. Mahone
Signature of Individual signing on behalf of debtor

Managing Member
Position or relationship to debtor